COMMONWEALTH of Pennsylvania, Respondent

v.

Rodrigo M. ALVARADO, Petitioner

No. 311 MAL 2017

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Demetrious WELLS, Petitioner

No. 178 EAL 2017

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Gregory HARVEY, Petitioner

No. 202 EAL 2017

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**